# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LEVORY W. HICKMON SR.,**

      **Plaintiff,**

-vs-                          **Case No. 6:06-cv-869-Orl-18KRS**

**CITY OF SANFORD, AND UNKNOWN SANFORD POLICE OFFICER,**

      **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **AFFIDAVIT OF INDIGENCY (Doc. No. 2)**
>
> **FILED:**      **June 26, 2006**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

    The Affidavit of Indigency submitted by Plaintiff Levory W. Hickmon, Sr. is not sworn. Accordingly, I recommend that the Affidavit of Indigency, which is treated as a motion to proceed *in forma pauperis*, be denied and that, if the required filing fee is not paid within eleven days from the

date of any order adopting this Report and Recommendation, the case be dismissed.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 6, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy