UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEVORY W. HICKMON SR.,

        Plaintiff,

-vs-                                      Case No. 6:06-cv-869-Orl-18KRS

CITY OF SANFORD, AND UNKNOWN
SANFORD POLICE OFFICER,

        Defendants.

---

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| MOTION: | AFFIDAVIT OF INDIGENCY (Doc. No. 2) |
| FILED: | June 26, 2006 |
| THEREON it is RECOMMENDED that the motion be DENIED. | |

The Affidavit of Indigency submitted by Plaintiff Levory W. Hickmon, Sr. is not sworn. Accordingly, I recommend that the Affidavit of Indigency, which is treated as a motion to proceed *in forma pauperis*, be denied and that, if the required filing fee is not paid within eleven days from the

[handwritten annotations in left margin: "So Ordered 17 July 06", "KENDALL SHARP U.S. DISTRICT JUDGE"]